UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ROBERT CALANDRIELLO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:08-1099 |
| ) | Judge Echols |
| TENNESSEE PROCESSING ) | |
| CENTER, LLC, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Motion for Summary Judgment filed by Defendant Tennessee Processing Center, LLC (Docket Entry No. 10) is hereby GRANTED and Plaintiff Robert Calandriello's claims against Defendant are hereby DISMISSED WITH PREJUDICE.

Entry of this Order on the docket shall constitute entry of a final judgment in accordance with Federal Rules of Civil Procedure 58 and 79(a).

It is SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE